**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1497**

_____

JOHN LAURENCE BERMAN,

Plaintiff - Appellant,

v.

RICH JORDAN, in his official capacity as Senior Judge; JEANNIE CHO, in her official capacity as Judge; CYNTHIA CALLAHAN, in her official capacity as Senior Judge; BARBARA H. MEIKLEJOHN, in her official capacity, previous clerk; KAREN BUSHELL, in her official capacity, Clerk; MICHAEL MCAULIFFE, in official & personal capacities, Judge; E. GREGORY WELLS, in official capacity, Chief Judge; DOES 1 - 5,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:22-cv-02695-TDC)

_____

Submitted:  September 19, 2024                     Decided:  September 23, 2024

_____

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Berman, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Laurence Berman appeals the district court's order dismissing his civil complaint as barred by the *Rooker-Feldman*\* doctrine and, in the alternative, by the doctrine of collateral estoppel.  He also appeals the court's subsequent order denying his motion for reconsideration under Fed. R. Civ. P. 59(e), 60(b).  In his informal brief, Berman does not challenge the court's determination that his complaint was barred by collateral estoppel.  Consequently, he has forfeited appellate review of the court's order.  *In re Under Seal*, 749 F.3d 276, 293 (4th Cir. 2014) ("[T]o obtain reversal of a district court judgment based on multiple, independent grounds, an appellant must convince us that every stated ground for the judgment against him is incorrect." (internal quotation marks omitted)); *see Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").

Accordingly, we affirm the district court's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

\* *Rooker v. Fid. Trust Co.*, 263 U.S. 413 (1923); *D.C. Ct. of App. v. Feldman*, 460 U.S. 462 (1983).